UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CORNISH, | No. 2:12-cv-2460-MCE-EFB P |
| Petitioner, | |
| v. | ORDER |
| ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently pending are the April 9, 2014 findings and recommendations. On May 2, 2014, petitioner notified the court that he was unable to file objections to the findings and recommendations because of a lockdown. ECF No. 20. Construed as a request for an extension of time, the request is granted.

Good cause appearing, it is ORDERED that petitioner is granted an extension of thirty days in which to file objections to the April 9, 2014 findings and recommendations.

Dated: June 17, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE